## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 24.44.205.155

**ISP:** Optimum Online
**Physical Location:** Glen Rock, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/23/2016 15:37:36 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 10/16/2016 15:10:13 | 58946A022CC903D10CBE391955A174B048291E7B | The Cabin And My Wood |
| 09/30/2016 13:31:59 | 80DEDD4DD717A60E82BD8FB89FF3BD6F391055C2 | Kiss From A Rose |
| 09/20/2016 06:46:41 | 7AA5E77FBE81730D96101FFC373064D92A93E294 | The Call Girl |
| 09/18/2016 11:43:10 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/13/2016 04:07:45 | CF9224105265DAA2FE09AC648F316D9B9B84B93C | Sex In The Summertime |
| 09/04/2016 14:25:39 | 06F25AFFA145B9E0AA5AEF64EB9200F9A5BD8D4E | Pussy Cat Burglar |
| 09/04/2016 14:24:16 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |
| 07/02/2016 16:45:34 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 06/13/2016 12:44:34 | 8452DAA85A5E5CEC55B74E40C7E573E763C13BF6 | Happy Birthday Capri |
| 06/05/2016 15:58:43 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 04/27/2016 14:55:40 | 354377A1C8BA899943C07F26FEAB486D12B3ECC6 | Domination Part One |
| 04/09/2016 17:57:45 | 44EDC9FCC92975700DA5F929B827A5BEE2277CEB | Two Cocks In Karla |
| 02/18/2016 14:08:33 | ED20076F6C3BC904FA3517BCA0BAE747115346A7 | Getting Our Pussies Wet For You |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CNJ619